UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARL LAMONT JONES, | ) | Case No. CV 09-5636 JC |
| Petitioner, | ) ) | |
| v. | ) ) | JUDGMENT |
| KELLY HARRINGTON, Warden, | ) ) ) | |
| Respondent. | ) ) | |

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: May 24, 2010

/s/
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE